

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00376-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04550
The Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to August 21, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court